PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINGO SANCHEZ-SANCHEZ, | ) | CASE NO. 4:11CV01255 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| ROBERT SANCHEZ, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Defendants. | ) | **ORDER** (Resolving ECF No. 1) |

In an entry dated July 1, 2011, the Court ordered Plaintiff Domingo Sanchez-Sanchez to pay the full fee of $350 if funds to pay it exist in his prisoner account or, if Plaintiff does not have the requisite funds to pay the entire fee at once, complete and submit the accompanying Financial Application within thirty (30) days of July 1, 2011. ECF No. 5. The thirty (30) day period has expired and Plaintiff has not sought additional time and has neither paid the filing fee nor filed a Financial Application.

Accordingly, this action must be and is hereby dismissed without prejudice. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

IT IS SO ORDERED.

August 31, 2011                                 */s/ Benita Y. Pearson*
Date                                                     Benita Y. Pearson
                                                              United States District Judge